**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § § § § § § § § | Case No. 2:17-CV-00153-RWS-RSP |
| *Plaintiff*, | | |
| v. | | |
| CLOVER NETWORK, INC., | | |
| *Defendant*. | | |

### TRANSFER ORDER

Clover Network moves to dismiss the complaint filed by Digital Verification for improper venue, contending that Clover Network lacks a "regular and established place of business" in the district. *See* 28 U.S.C. § 1400(b); *In re Cray Inc.*, 871 F.3d 1355, 1360 (Fed. Cir. 2017). Digital Verification does not dispute that venue is improper but rather only requests that the case be transferred instead of dismissed. *See* Dkt. No. 14. Section 1406(a) permits transfer of a lawsuit filed in an improper venue "in the interests of justice." 28 U.S.C. § 1406(a). Because requiring the plaintiff to refile the lawsuit elsewhere would waste resources of both the parties and another court, transfer is the appropriate outcome.

Accordingly, it is **ORDERED**: This case is **TRANSFERRED** to the United States District Court for the Northern District of California.

**SIGNED this 7th day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE